UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61107-CIV-DIMITROULEAS

AMERICAN CONTRACTORS
INDENMITY COMPANY
A foreign corporation,

    Plaintiff,

vs.

ARRIAGA STEEL, INC., a Florida
corporation, ANTONIO ARRIAGA,
MARISOL ARRIAGA and
GEOVANNI ARRIAGA,

    Defendants.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court on Plaintiff's Motion for Attorneys' Fees and Costs (the "Motion") [DE 39], and the Report and Recommendation of Magistrate Judge Lurana S. Snow (the "Report") [DE 46]. The Court notes that no objections to the Report [DE 46] have been filed, and the time for filing such objections has passed. *See* Notice of Service at [DE 50]. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 46] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 46] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's reasoning and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 46] is hereby **ADOPTED** and **APPROVED**;

2. Plaintiff's Motion [DE 39] is hereby **GRANTED;**

3. Plaintiff is hereby awarded attorneys' fees in the amount of $33,990.00 and costs in the amount of $421.96; and

4. The Clerk is **DIRECTED** to mail a copy of this Order to Defendants at the addresses below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 4th day of February, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
Magistrate Judge Lurana Snow


Arriaga Steel, Inc.
c/o Joseph K. Nofil
8217 West Atlantic Blvd.
Coral Springs, FL 33071

Antonio Arriaga
1530 SW 61st Ave
North Lauderdale, FL 33068

Marisol Arriaga
1530 SW 61st Ave
North Lauderdale, FL 33068

Geovanni Arriaga
1530 SW 61st Ave
North Lauderdale, FL 33068